IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAUREN HEIL, Personal Representative of the Estate of BRADLEY HEIL,<br><br>     Plaintiff,<br><br>vs.<br><br>BATIE CATTLE COMPANY, a Nebraska corporation,<br><br>     Defendant. | 4:23-CV-3170<br><br>ORDER |

  This matter is before the Court on the defendant's objection (filing 72) to the Magistrate Judge's amendment to the case progression order (filing 66) extending the time for the parties to identify expert witnesses. *See* NECivR 72.2(a). The Court will overrule the objection.

  A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters where it has been shown that the ruling is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). The Magistrate Judge determined that the plaintiff had exercised reasonable diligence, the plaintiff had shown good cause to extend the pending deadline, and the defendant would not be prejudiced by the extension. Filing 67; *see Marmo v. Tyson Fresh Meats, Inc.*, 457 F.3d 748, 759 (8th Cir. 2006).

  Having reviewed the record and considered the defendant's objection, the Court finds that the Magistrate Judge's order was neither clearly erroneous nor contrary to law. Accordingly,

IT IS ORDERED that the defendant's Objection to the Magistrate Judge's Order (filing 72) is overruled.

Dated this 22nd day of November, 2024.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States Senior District Judge