IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAUREN HEIL, Personal Representative of the Estate of BRADLEY HEIL, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>BATIE CATTLE COMPANY, a Nebraska corporation,<br><br>Defendant. | Case No. 4:23-cv-03170<br><br><br><br>ORDER TO APPLE INC. TO DISCLOSE BRADLEY HEIL'S APPLE ACCOUNT INFORMATION AND DATA |

On December 6, 2024, Plaintiff, Lauren Heil, and Defendant, Batie Cattle Company, by and through their respective counsel, jointly requested that this Court issue an Order to Apple Inc. requiring the entity to provide the deceased's, Bradley Heil, Apple Account information and data to Bradley Heil's widow, heir, and personal representative, Lauren Heil. Based on this request the Court finds as follows:

1) Bradley Heil (DOB: 04/04/1982) had the Apple Account identified by the email heil.brad@hotmail.com ("the Account");

2) No individual or entity other than Bradley Heil used the Account;

3) Bradley Heil only ever resided in the United States of America;

4) Given that Bradley Heil only resided in the United States of America, Apple Inc. located at One Apple Park Way, Cupertino, California, is the appropriate entity to direct this Order given Apple Inc.'s public representations regarding the same on their website;

1

5) Bradley Heil died on November 6, 2021, and the Account was active at that time;

6) Bradley Heil did not establish a Legacy Contact for the Account prior to his death and as such disclosure to Lauren Heil, as detailed below, is not in contradiction to his wishes;

7) Lauren Heil is the widow of the deceased Bradley Heil, rightful inheritor of Bradley Heil's personal information, and is also the personal representative of Bradley Heil's Estate;

8) Lauren Heil is authorized to and does provide lawful consent for Apple Inc. to release the Account information and data to herself as Bradley Heil's widow, heir, rightful inheritor of Bradley Heil's personal information, and personal representative;

9) Bradley Heil was the only authorized user of the Account and all other accounts associated with the Account and no invasion of privacy will occur by Apple Inc.'s disclosure of the Account to Lauren Heil in her official or personal capacity;

10) The information on the Account to be disclosed to Lauren Heil is relevant and proportional in need given the questions at issue in the litigation of the above-captioned case;

11) Apple Inc. is ordered by this Court to assist in the provision of access to Bradley Heil's Account information and data as stated below:

    a. From June 16, 2020 to October 31, 2020, the following:

i.  Any photographs and/or videos taken by Bradley Heil or that originated from his Apple account or phone on any of the aforementioned dates;

ii.  Any photographs and/or videos that were sent to and/or received by Bradley Heil, his Apple account, or phone on any of the aforementioned dates;

iii.  Incoming and outgoing text messages (whether iMessages, SMS, MMS, or RCS messages) on any of the aforementioned dates that contain any of the following terms:

1. "brake"

2. "brakes"

3. "air brake"

4. "air brakes"

5. "Peterbilt"

6. "Pete"

7. "Pup"

8. "Pup trailer"

9. "cart deal"

10. "cart"

11. "carts"

12. "semi"

13. "tractor"

14. "tractors"

15. "tandem truck"

16. "hopper"

17. "hoppers"

18. "rotation"

19. "problem"

20. "issue"

21. "leak"

22. "lock"

23. "locked"

24. "air pressure"

25. "air leak"

26. "drag"

27. "Don Batie"

28. "Donald Batie"

29. "Don"

30. "Barbara Batie"

31. "Barb Batie"

32. "Barb"

33. "Don's wife"

34. "Batie Cattle Company"

35. "Batie Cattle"

36. "Batie"

37. "Overton"

38. "elevator"

39. "Kenneth Gruntorad"

40. "Kenny Gruntorad"

41. "Kenney Gruntorad"

42. "Kenny"

43. "Kenney"

44. "Kenny G"

45. "Kenney G"

46. "block"

47. "blocks"

48. "chuck"

49. "chucks"

50. "safe"

51. "safety"

52. "inspection"

53. "hill"

54. "incline"

b. On October 29, 2021, any and all location data regarding Bradley Heil's

phone's location between 5:00pm (Central Standard Time) and 7:00pm

(Central Standard Time).

    c.  From August 25, 2021 to October 30, 2021, the following:

        i.  Incoming and outgoing text messages (whether iMessages, SMS, MMS, or RCS messages) on any of the aforementioned dates that contain any of the following terms:

1. "brake"
2. "brakes"
3. "air brake"
4. "air brakes"
5. "Peterbilt"
6. "Pete"
7. "Pup"
8. "Pup trailer"
9. "cart deal"
10. "cart"
11. "carts"
12. "semi"
13. "tractor"
14. "tractors"
15. "tandem truck"
16. "hopper"
17. "hoppers"
18. "rotation"

19. "problem"

20. "issue"

21. "leak"

22. "lock"

23. "locked"

24. "air pressure"

25. "air leak"

26. "drag"

27. "Don Batie"

28. "Donald Batie"

29. "Don"

30. "Barbara Batie"

31. "Barb Batie"

32. "Barb"

33. "Don's wife"

34. "Batie Cattle Company"

35. "Batie Cattle"

36. "Batie"

37. "Overton"

38. "elevator"

39. "Kenneth Gruntorad"

40. "Kenny Gruntorad"

41. "Kenney Gruntorad"

42. "Kenny"

43. "Kenney"

44. "Kenny G"

45. "Kenney G"

46. "block"

47. "blocks"

48. "chuck"

49. "chucks"

50. "safe"

51. "safety"

52. "inspection"

53. "hill"

54. "incline"

12) Apple Inc. is ordered to disclose the Account information and data as stated herein to Lauren Heil and that all such information and data that is received by Lauren Heil be promptly forwarded to her counsel and upon receipt, her counsel shall promptly review and all such responsive information be provided to Defense Counsel through written discovery.

Given the foregoing, the Court finds the Order should be issued and accordingly,

IT IS SO ORDERED that Apple Inc. located at One Apple Park Way, Cupertino, California, produce for copy and inspection Decedent Bradley Heil's Apple

Account information and data as set forth above and provide the same to his widow,

heir, and personal representative Lauren Heil who provided lawful consent for the

same to be disclosed to her.

Dated this __6th__ day of December, 2024.

BY THE COURT:

_____

U.S. Magistrate Judge Michael D. Nelson

9