# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LAUREN HEIL, Personal Representative of the Estate of Bradley Heil, Deceased;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**BATIE CATTLE COMPANY, a Nebraska corporation;**<br><br>**Defendant.** | **4:23CV3170**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **December 5, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case, including the status conference set for November 5, 2025.

Dated this 5th day of November, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge